UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------- ------------

UNITED STATES OF AMERICA,

     vs         5:05-CR-519

MICHAEL MATTHEWS,
       Defendant.

-------------------------------------------

APPEARANCES:         OF COUNSEL:

HON. GLENN T. SUDDABY      EDWARD R. BROTON, ESQ.
United States Attorney        Assistant U.S. Attorney
Attorney for Government
Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

OFFICE OF FEDERAL PUBLIC DEFENDER  JAMES F. GREENWALD, ESQ.
Attorney for Defendant
The Clinton Exchange, 3rd Floor
4 Clinton Square
Syracuse, New York 13202

DAVID N. HURD
United States District Judge

## **O R D E R**

   Defendant has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  (Docket No. 86).  The Government opposes.  (Docket No. 87).  Defendant has replied.  (Docket No. 89).

   An appeal to the Second Circuit is pending.  There are no extraordinary circumstances.  The motion is premature.

Therefore, the motion is DENIED.

IT IS SO ORDERED.

Dated: August 3, 2007
       Utica, New York.

United States District Judge